UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AUSTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No. 15-cv-00763-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court sets a case management conference on Tuesday, August 25, 2015, at 2:00 p.m., Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco. A case management statement is due on August 18, 2015. The parties should file a joint case management statement, if possible.

Plaintiff is reminded that the Court granted him leave to file an amended complaint to cure the defects identified in the Court's recent order. *See* Dkt. No. 17. Should he wish to do so, Plaintiff must file the amended complaint by Friday, August 7, 2015.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge