United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL AUSTIN,

    Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-00763-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of Plaintiff's amended complaint filed August 10, 2015, the Court vacates the case management conference previously scheduled for August 25, 2015. Defendants shall file their response to Plaintiff's amended complaint by August 31, 2015. The Court will consider whether to reschedule the case management conference after Defendants have filed their response.

**IT IS SO ORDERED.**

Dated: 8/14/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge