UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL AUSTIN,

    Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-00763-HSG

**ORDER REGARDING FUTURE FILINGS**

On November 13, 2015, the Court dismissed this case without prejudice for failure to prosecute and closed the case file. *See* Dkt. No. 41. Notwithstanding this dismissal, Plaintiff has continued to send letters and other filings to the Court. *See e.g.*, Dkt. Nos. 45, 48, 49, 50, 53. Because the case has been closed since November 13, 2015, the Court will not review or respond to any further filings.

The Court hereby DIRECTS Plaintiff to refrain from filing any further documents in this closed case. The Clerk is directed to return any future items mailed by Plaintiff to him.

**IT IS SO ORDERED.**

Dated: 10/13/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge